UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WILLIAM BENNETT,<br>Plaintiff,<br>v.<br>DEPARTMENT OF THE INTERIOR,<br>Defendant. | Case No. 1:26-cv-05029-JLT-FJS<br><br>ORDER VACATING THE NOVEMBER 10, 2026, SCHEDULING CONFERENCE |

On June 30, 2026, the above-captioned case was transferred from the Federal Circuit Court of Appeals to the United States District Court for the Eastern District of California. The court notes that there is no complaint currently on file and Plaintiff has not effected proper service on Defendant. (ECF No. 4 at 2.) Generally, the court will not hold an initial scheduling conference in absence of an operative complaint from plaintiff, effective service on defendant, and a response by the defendant. Accordingly, IT IS HEREBY ORDERED that the November 10, 2026, scheduling conference be VACATED.

IT IS SO ORDERED.

Dated: **November 4, 2026**

UNITED STATES MAGISTRATE JUDGE