UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT WILLIAM BENNETT,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,

Defendant.

Case No. 1:26-cv-05029-JLT-FJS

ORDER DIRECTING PLAINTIFF TO FILE COMPLAINT ON THE DOCKET

TWENTY-ONE (21) DAY DEADLINE

ORDER DIRECTING CLERK OF THE COURT TO SERVE THIS ORDER ON DEFENDANTS AND A COMPLAINT FORM

On June 30, 2026, the above-captioned case was transferred from the Federal Circuit Court of Appeals to the Eastern District of California. (ECF No. 1.) Upon review of the transfer documents, the court notes that Plaintiff Scott William Bennett appears to have filed a petition for review of a decision of the Merit Systems Protection Board with the United States Court of Appeals for the Federal Circuit on or about January 12, 2026. (*See id.* at 92.) There also appears to be a related discrimination complaint filed with the Federal Circuit on or about January 22, 2026. (*See id.* at 97.)

Pursuant to Rule 8, a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a). Upon review of the transfer

documents, the court is unable to discern where Plaintiff's complaint begins and ends. Given the complexity and length of the transfer documents, the court declines to splice together those portions of the record that might make up Plaintiff's petition and/or complaint. Instead, the court will require Plaintiff to refile his petition/complaint on the docket.

Accordingly, the court HEREBY ORDERS the following:

(1) Within twenty-one (21) days of the date of this order Plaintiff SHALL file a copy of his petition/complaint on the docket. Plaintiff is DIRECTED to ensure that any supplemental complaint complies with Rule 8 of the Federal Rules of Civil Procedure; and

(2) The clerk of the court is DIRECTED to serve a copy of this complaint on Plaintiff; and

(3) The clerk of the court SHALL send Plaintiff a complaint form; and

(4) If Plaintiff fails to file an amended complaint in compliance with this order, the court will recommend dismissal of this action, with prejudice, for failure to obey a court order, for failure to prosecute, and for failure to state a claim.

IT IS SO ORDERED.

Dated: **November 5, 2026**

UNITED STATES MAGISTRATE JUDGE